# In the United States Court of Federal Claims

No. 19-114C

(E-Filed:  October 29, 2019)

| | |
|---|---|
| INTERMARKETS ALLIANCE and USFI, INC., Joint Venture, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant, | ) ) ) |
| KGL FOOD SERVICES WLL and ANHAM FZCO, | ) ) ) |
| Intervenor-defendants. | ) ) |

ORDER

     On October 25, 2019, the parties filed a joint status report.  See ECF No. 118.  Therein, the parties agreed that, given the court's ruling in ANHAM FZCO v. United States, Case No. 19-55, this case "has been rendered moot."  Id. at 2.  On this basis, also on October 25, 2019, plaintiff filed an unopposed motion for voluntary dismissal.  See ECF No. 119.

     For good cause shown, plaintiff's motion for voluntary dismissal, ECF No. 119, is **GRANTED**.  The clerk's office is directed to **ENTER** final judgment **DISMISSING** plaintiff's complaint without prejudice, pursuant to Rule 41(a)(2) of the Rules of the United States Court of Federal Claims.

     IT IS SO ORDERED.

                                                 s/Patricia E. Campbell-Smith
                                                 PATRICIA E. CAMPBELL-SMITH
                                                 Judge